IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MASSACHUSETTS MUTUAL LIFE**
**INSURANCE COMPANY**                                                                          **PLAINTIFF**

v.                                                              CIVIL ACTION NO. 5:07cv210-DCB-JMR

**ERNEST LANE, III, as Co-Executor of the Estate of**
**James Oldrum Smith, Jr., deceased, TRUSTMARK**
**NATIONAL BANK, as Co-Executor of the Estate of**
**James Oldrum Smith, Jr., deceased, PATRICIA**
**PETERSON SMITH, LYN LUCKETT SMITH, individually**
**and as mother and natural guardian of Doe I, Doe II, and**
**Doe III, minors, DOE I, DOE II, DOE III, LELA SMITH**
**FLOWERS, PATRICK RAYMOND SMITH, JAMES**
**OLDRUM SMITH, III, SMITH TOWING COMPANY, INC.,**
**and TRUSTMARK NATIONAL BANK, as successor-in-interest**
**to First National Bank of Vicksburg, Mississippi**                          **DEFENDANTS**

**AGREED ORDER CONCERNING TRUSTMARK**
**NATIONAL BANK'S MOTION TO DISMISS [DOCKET NO. 17]**

This cause came on for hearing on Defendant Trustmark National Bank's ("Trustmark") motion to dismiss [Docket No. 17]. Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual") and Trustmark have agreed, and this Court hereby finds and orders, as follows:

1.    Trustmark has acknowledged, and this Court finds, that Trustmark, as a successor-in-interest to First National Bank of Vicksburg, Mississippi, no longer has any interest in the policies referenced in the Complaint and neither has nor will have any claim to the subject funds or against the Plaintiff.

2.    Trustmark has affirmed, and this Court finds, that Trustmark in its capacity as Co-Executor of the Estate of James Oldrum Smith, Jr. is represented by separate counsel, and will file a separate answer and may claim an interest in the subject funds.

3.  Accordingly, Trustmark, in its capacity as successor-in-interest to First National Bank of Vicksburg, Mississippi is hereby dismissed without prejudice, but Trustmark, in its capacity as Co-Executor of the Estate of James Oldrum Smith, Jr. is not dismissed from this action and remains a defendant and party-in-interest.

SO ORDERED, this the  21st  day of December, 2007.

           s/ David Bramlette
           UNITED STATES DISTRICT JUDGE

Agreed:

 s/Roy H. Liddell
Roy H. Liddell (MB # 1252)
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi 39205-0131

**Attorney for Massachusetts Mutual Life Insurance Company**

 s/William Trey Jones, III
William Trey Jones, III
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
Post Office Drawer 119
Jackson, Mississippi 39205

**Attorney for Trustmark National Bank in its Capacity as Successor-In-Interest to First National Bank of Vicksburg, Mississippi**